IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action:  11-cv-02173-REB-CBS          FTR - Reporter Deck-Courtroom A402
Date: November 9, 2011                       Courtroom Deputy: Emily Seamon

_Parties:_                                   _Counsel:_

JASON PACK,                                  Jill Gookin
                                             Troy Krenning

      Plaintiff,

v.

POWELL LAW OFFICE, P.C.,                     Annette Powell

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:42 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Defendant's Motion for More Definite Statement, settlement negotiations, and a proposed local rule change regarding settlement conferences.

**ORDERED:**      Defendant's Motion for More Definite Statement [Doc No. 17] is DENIED. Defendant shall either file a motion to dismiss or an answer.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:    **December 1, 2011**

Discovery Cut-off:    **March 1, 2012**

Dispositive Motions deadline:          **April 1, 2012**

Parties shall designate affirmative experts **on or before**        **January 9, 2012**

Parties shall designate rebuttal experts **on or before**        **February 9, 2012**

Each party shall be limited to ten (10) depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than January 31, 2012.**

**FINAL  PRETRIAL CONFERENCE** is set for   **June 12, 2012 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE (5) DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
A two (2) day jury trial is set for **August 6, 2012 at 8:30 a.m.**
A Trial Preparation Conference is set for **July 20, 2012 at 2:00 p.m.**

● 	Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** 	**11:37 a.m.**
Total time in court: 	00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.