**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02173-REB-CBS

JASON PACK,

    Plaintiff,

v.

POWELL LAW OFFICE, P.C.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Stipulated Motion To Dismiss With Prejudice** [#31][1] filed January 23, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#31] filed January 23, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for July 20, 2012, is **VACATED**;

3. That the jury trial set to commence August 6, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated January 23, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge